### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### Northern Division (Baltimore)

|  |  |  |
|---|---|---|
| | ) | |
| **JAZMINE DERRICOTT,** | ) | |
| | ) | **Civil Action No:** _____ |
| **Plaintiff,** | ) | |
| | ) | **Removed from the Circuit Court** |
| **v.** | ) | **of Howard County, Maryland** |
| | ) | **Case No. C-13-CV-25-001196** |
| **SITEC CONSULTING, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441(a) & (b), and 1446(a), Defendant SITEC Consulting, LLC ("SITEC" of "Defendant"), by and through its undersigned counsel, removes the above-captioned action from the Circuit Court for the County of Howard, Maryland to the United States District Court for the District of Maryland, Northern Division (Baltimore).  In support of this Notice of Removal, Defendant states as follows:

### PROCEDURAL HISTORY AND BACKGROUND

1.      On December 22, 2025, Plaintiff Jazmine Derricott filed a Title VII Civil Rights Act of 1964 Complaint in the Circuit Court of Howard County, Maryland, which is captioned *Jazmine Derricott v. SITEC Consulting, LLC*, Case No. C-13-CV-25-001196. (The Complaint is attached hereto as Exhibit A.)

2.      The Complaint is an action under Title VII of the Civil Rights Act of 1964 ("Title VII") alleging race discrimination, disability discrimination by association, sex discrimination, and retaliation.

3. On February 11, 2026, Defendant was served with a Writ of Summons and the Complaint, which is the initial pleading setting forth the claims for relief upon which this action is based.

4. Other than Defendant SITEC Consulting, LLC, no other person or entity was named as a defendant in this action.

## REMOVAL JURISDICTION

5. This action is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

6. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7. This Court has original federal question jurisdiction of this action pursuant to 28 U.S.C. § 1331 because this civil action arises under the Constitution, laws, or treaties of the United Staes, specifically Title VII.

8. As articulated in the Complaint, plaintiff seeks damages and attorneys' fees in an amount to be determined at trial but exceeding Twenty-Five Thousand dollars ($25,000.00), court costs and for any other further relief as the court may deem just and proper for each of four counts: Count I Race Discrimination in Violation of Title VII, Count II Sex Discrimination in Violation of Title VII, Count III Disability Discrimination by Association, and Count IV Unlawful Retaliation – Discharge.

9. Plaintiff Jazmine Derricott is a Maryland resident.

10. Defendant SITEC Consulting, LLC is a Maryland limited liability company with its principal place of business in Maryland, and therefore is a citizen of Maryland.

11.    Plaintiff filed this action in the Circuit Court of Howard County, Maryland. The United States District Court for the District of Maryland, Northern Division (Baltimore) is the judicial district embracing Howard County, the place where the action was brought, and, therefore, is the proper district court to which this case should be removed.

12.    As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders received by Defendant are attached as Exhibit A.

13.    In filing this Notice of Removal, Defendant denies that plaintiff has stated a claim for which relief may be granted and denies that plaintiff has been damaged in any manner. This Notice of Removal is filed subject to and with full reservation of rights by Defendant, including but not limited to defenses and objections to venue, personal jurisdiction, and any others that Defendant might pursue.

14.    This Notice of Removal is timely filed in accordance with 28 U.S.C. § 1446(b) as this Notice of Removal is filed within 30 days of the receipt of the Complaint by Defendant.

15.    Written notice of the filing of this Notice of Removal is being promptly provided to the plaintiff and a copy of this Notice will be promptly filed in the Circuit Court of Howard County pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, Defendant SITEC Consulting, LLC respectfully requests that the above-captioned action pending against it in the Circuit Court of Howard County, Maryland be removed to the United States District Court for the District of Maryland, Northern Division (Baltimore).

March 13, 2026

*/s/ David M. Knasel*

David M. Knasel (Maryland Bar No. 0306300001)
**PROTORAE LAW, PLLC**
1919 Gallows Road, Suite 630
Tysons, VA 22182
Telephone:  (703) 749-8507

3

Facsimile:    (703) 942-6758
dknasel@protoraelaw.com
*Counsel for Defendant SITEC Consulting, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I filed a copy of the foregoing via the Court's CM/ECF system which caused a copy of the foregoing to be served to all counsel of record in this matter.

And via U.S. first class mail, postage prepaid, upon the following:

Jazmine Derricott, *pro se*
1976 Cambridge Dr.
Crofton, MD 21114

*/s/ David M. Knasel*
David M. Knasel